Opinion issued April 21, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00251-CR

———————————

IN RE Charles Lee Grable, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION[1]

          Relator
Charles L. Grable, who is a prisoner acting pro se, has filed a petition for
writ of mandamus challenging the trial court’s January 3, 2008 order denying his
motion for judgment nunc pro tunc.      

We deny relator’s petition for writ
of mandamus. 

 

PER CURIAM

Panel
consists of Justices Jennings, Higley, and Brown.

Do
not publish.   Tex. R. App. P. 47.2(b).











[1]
          The underlying case is State v. Grable, No. 764539 in the 232nd
District Court of Harris County, Texas, the Honorable Mary Lou Keel
presiding.